AO ___   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT

Eastern District of Arkansas

UNITED STATES OF AMERICA

v.

Ruben Correa-Santos

**Date of Original Judgment:** 11/16/17
(Or Date of Last Amended Judgment)

ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2) based on USSG 821

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
DEC 15 2023
TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

Case Number: 4:16-cr-265-DPM-1
USM Number: 31051-009
Molly Sullivan
Defendant's Attorney at Sentencing

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  ☐ DENIED.
  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment of __151__ months is reduced to __135 months__.

## I. COURT DETERMINATION OF GUIDELINE RANGE

Previous Offense Level(Prior to Departure/Variance/Rule 35): 33
Criminal History Category: II
Previous Guideline Range: 151 to 188 months

Amended Offense Level: 33
Criminal History Category: I
Amended Guideline Range: 135 to 168 months

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☒ The reduced sentence is within the amended guideline range.
☐ The original term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing and the reduced sentence is below the amended guideline range.
☐ Other (specify) _____.

## III. FURTHER EXPLANATION (e.g., recommendations to the Bureau of Prisons) (if necessary)

Except as provided above, all provisions of the judgment dated __11/16/17__ shall remain in effect.

**IT IS SO ORDERED.**

15 December 2023
Order Date

1 February 2024
Effective Date (if delayed)

_D.P. Marshall Jr._
Signature of Judge

U.S. District Judge D.P. Marshall Jr.
Name and Title of Judge